IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-591-FDW-DCK

| | |
|---|---|
| PHILIP MAUNG, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>THE CINCINNATI INSURANCE COMPANY, )<br>UNDERWRITERS AT LLOYD'S, LONDON, )<br>ASSURANCE COMPANY OF AMERICA, )<br>a/k/a ZURICH NORTH AMERICA, and )<br>ALEA LONDON LIMITED, )<br>)<br>       Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Catalina London, Ltd., f/k/a Alea London Limited's Motion To Add A Third Party Or Alternatively, Motion For Permissive Joinder, And Supporting Memorandum" (Document No. 28) filed March 14, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of all parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Catalina London, Ltd., f/k/a Alea London Limited's Motion To Add A Third Party Or Alternatively, Motion For Permissive Joinder, And Supporting Memorandum" (Document No. 28) is **GRANTED**; Defendant Catalina London, Ltd. is allowed leave to file a Third-Party Complaint and summons against the Allred Parties.

Signed: March 24, 2011

David C. Keesler
United States Magistrate Judge