IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-591-FDW-DCK

| | | |
|---|---|---|
| PHILIP MAUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) | |
| UNDERWRITERS AT LLOYD'S, LONDON, | ) | |
| ASSURANCE COMPANY OF AMERICA a/k/a | ) | |
| and/or d/b/a ZURICH IN NORTH AMERICA | ) | |
| and ALEA LONDON LIMITED, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |
| CATALINA LONDON, LTD., f/k/a | ) | |
| ALEA LONDON LIMITED, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REX ALLRED, individually and/or d/b/a | ) | |
| Or a/k/a ALLRED & SON and/or ALLRED | ) | |
| SYSTEMS ROOFING & GUTTERS, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Wayne P. Huckel, filed his letter of settlement (Document No. 48) notifying the Court that the parties reached a settlement on July 11, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 8, 2011**.

Signed: July 18, 2011

David C. Keesler
United States Magistrate Judge